**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | |
| | * | NO: 4:09CR00105 SWW |
| | * | |
| RICHARD LYNN WEAVER | * | |

## ORDER

This action came on for jury trial October 24, 2011, and the Court declared a mistrial on October 25, 2011.[1] Before the Court declared mistrial, it denied Defendant's oral motion to suppress evidence. After the Court declared a mistrial, defense counsel indicated that he would file a written motion to suppress. Defendant is reminded that if he desires a written order on the suppression issues raised in court on October 25, 2011, he should file a motion to suppress.

IT IS SO ORDERED THIS 15th DAY OF DECEMBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Subsequently, the Government filed a superseding indictment, and trial has been scheduled for April 11, 2012.